# In the United States Court of Federal Claims

No. 18-1117C
(Filed July 28, 2025)

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *
DANIEL SANSOM,                                *
                                              *
                Plaintiff,                    *
                                              *
        v.                                    *
                                              *
THE UNITED STATES,                            *
                                              *
                Defendant.                    *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

The Court hereby **GRANTS** the unopposed request for a 30-day extension of the stay in this matter. *See* Status Report, ECF No. 73. Proceedings in this case shall remain **STAYED** until **Friday, August 29, 2025**, and the parties shall file a joint status report on or by **Wednesday, August 27, 2025**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Senior Judge